812 A.2d 1105

PHILIP D'ARRIGO, M.D., ET AL., PLAINTIFFS–RESPONDENTS, v. THE SOUTH JERSEY HOSPITAL SYSTEMS, ET AL., DEFENDANTS, AND DAVID M. BLOOM, DEFENDANT–MOVANT.

November 6, 2002.

It is ORDERED that the motion for leave to appeal is granted, and the matter is summarily remanded to the Appellate Division for consideration of the appeal on the merits.